Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
ROBERTS DISABILITY LAW
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Brian Vogelgesang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOGELGESANG,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | CASE NO.: 4:21-cv-8510<br><br>**COMPLAINT (ERISA)** |

Plaintiff, Brian Vogelgesang, herein sets forth the allegations of his Complaint against Defendant Life Insurance Company of North America ("LINA").

<u>PRELIMINARY ALLEGATIONS</u>

1. "Jurisdiction" - This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan and enforcing Plaintiff's rights under the terms of an employee benefit plan. Plaintiff seeks relief, including but not limited to, payment of short-term disability ("STD") and long-term disability ("LTD") benefits due him under his plan, prejudgment and post-judgment interest, and attorneys' fees and costs.

2. Plaintiff was a Participant, as defined by ERISA § 3(7), 29 U.S.C. § 1002(7), in a health and welfare benefit plan sponsored by his employer, Rightpoint Consulting, LLC ("the Plan"). Plaintiff was assigned to Rightpoint's Oakland office. The Plan's coverage for STD benefits is insured and administered by LINA, under insurance policy number LK-0752465. The Plan's coverage for LTD benefits is insured and administered by LINA, under insurance policy number LK-965918.

3. LINA is a licensed insurance firm headquartered in the State of Pennsylvania. LINA offers group STD and LTD policies in various states, including California. LINA is authorized to transact business in the Northern District of California and may be found in this District.

4. Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), because the breaches alleged occurred in this District, and the ERISA-governed plan at issue was administered in part in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this District.

5. Intradistrict Assignment. Pursuant to Civil L.R. 3-2(c) and 3-5, Plaintiff believes that this matter should be assigned to either the Oakland or San Francisco division since a substantial part of the events or omissions which give rise to this action occurred primarily in Alameda County.

### FIRST CLAIM FOR RELIEF
### (29 U.S.C. § 1132(a)(1)(B))

1. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

2. ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), permits a plan participant to bring a civil action to recover benefits due to him under the terms of a plan, to enforce his rights under the terms of a plan, and/or to clarify his rights to future benefits under the terms of a plan.

3. The Plan provides STD benefits to eligible participants who become Disabled, which the Plan defines as being "unable to perform the material duties of your Regular Job" and "unable to earn 80% or more of your Covered Earnings from working in your Regular Job."

4. The Plan provides LTD benefits to eligible participants who become Disabled, which the

Plan defines as being "unable to perform the material duties of your Regular Occupation" and "unable to 80% or more of your Indexed Earnings from working in your Regular Occupation."

5. Plaintiff stopped working in his Regular Job/Regular Occupation starting December 1, 2020, due to Disability.

6. Plaintiff filed a claim with LINA for STD benefits and LINA assigned him claim number 12260596-01.

7. LINA approved Plaintiff's STD claim initially and then terminated his claim effective February 2, 2021.

8. Plaintiff, through counsel, appealed the denial by letter dated June 28, 2021. As part of the appeal, Plaintiff also submitted his claim for LTD benefits to be paid after the end of STD benefits, March 2, 2021, and through the end of his Disability, April 15, 2021.

9. By letter dated October 11, 2021, LINA upheld its decision on Plaintiff's STD claim. LINA did not issue a timely decision on Plaintiff's LTD claim.

10. Plaintiff was Disabled and from December 1, 2020 to April 15, 2021 and entitled to STD and LTD benefits.

11. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

12. By failing to approve his STD and LTD claims, LINA has breached the terms of the Plan and ERISA, has failed to provide Plaintiff with a full and fair review, and has been unjustly enriched from its breach of fiduciary duty to Plaintiff.

REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against LINA as follows:

1. An order declaring Plaintiff's right to STD and LTD benefits due to Plaintiff through April 15, 2021;

2. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

3. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

4. Such other and further relief as this Court deems just and proper.

DATED:  November 2, 2021            ROBERTS DISABILITY LAW

By:  */s/ Michelle L. Roberts*
Michelle L. Roberts
Attorneys for Plaintiff,
Brian Vogelgesang