```
Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN VOGELGESANG,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 3:21-cv-08510-WHO<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER]**<br><br>Judge:  Hon. William H. Orrick<br><br>Complaint Filed:  November 2, 2021 |

IT IS HEREBY STIPULATED, by and between Plaintiff BRIAN VOGELGESANG and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

177952.1

1

Case No.  3:21-cv-08510-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated:  January 7, 2022                          Michelle L. Roberts
                                                 ROBERTS DISABILITY LAW


                                                 By:    */s/ Michelle L. Roberts*
                                                        Michelle L. Roberts
                                                        Attorneys for Plaintiff
                                                        BRIAN VOGELGESANG


Dated:  January 7, 2022                          Nicole Y. Blohm
                                                 Grant E. Ingram
                                                 MESERVE, MUMPER & HUGHES LLP



                                                 By:    */s/ Grant E. Ingram*
                                                        Grant E. Ingram
                                                        Attorneys for Defendant
                                                        LIFE INSURANCE COMPANY OF
                                                        NORTH AMERICA


## FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.




**[PROPOSED] ORDER ON NEXT PAGE**

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177952.1

2

Case No.  3:21-cv-08510-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [~~PROPOSED~~] ORDER

**\*\*\*ORDER\*\*\***

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:21-cv-08510-WHO, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: January 7, 2022

_____
Hon. William H. Orrick
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

177952.1

1

Case No. 3:21-cv-08510-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [~~PROPOSED~~] ORDER